Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste. 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
slevine@sessions-law.biz

Attorneys for Defendant American Coradius International LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VASQUEZ, | ) Case No.  11-CV-02660 GAF VBKx |
| Plaintiff, | ) |
| vs. | ) STIPULATION OF DISMISSAL<br>) WITH PREJUDICE |
| AMERICAN CORADIUS INTERNATIONAL LLC, | ) |
| Defendant. | ) |

  Plaintiff David Vasquez and Defendant American Coradius International LLC submit this Stipulation of Dismissal with Prejudice and state as follows:

  All claims and causes of action against Defendant which were or could have been the subject matter of this lawsuit have been resolved and the parties agree to dismissal of said claims and causes of action with prejudice.

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1).

Dated: 6/24/11     CONSUMER LEGAL SERVICES AMERICA

*/s/Sue Anne Melnick*
Sue Anne Melnick, Esq.
Attorney for Plaintiff
David Vasquez


Dated: 6/24/11     SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/ Debbie P. Kirkpatrick*_____
Debbie P. Kirkpatrick
Attorney for Defendant
American Coradius International LLC