JS-6

Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste. 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions-law.biz
slevine@sessions-law.biz

Attorneys for Defendant American Coradius International LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VASQUEZ,<br><br>              Plaintiff,<br><br>   vs.<br><br>AMERICAN CORADIUS<br>INTERNATIONAL LLC<br><br>              Defendant. | Case No.  11-CV-02660 GAF VBKx<br><br>ORDER GRANTING STIPULATION<br>OF DISMISSAL WITH PREJUDICE |

Having considered the Stipulation of Dismissal with Prejudice filed by Plaintiff David Vasquez and Defendant American Coradius International LLC,

IT IS HEREBY ORDERED that the above captioned action is dismissed with prejudice.

Dated: June 28, 2011

_____
HON. GARY A. FEESS
UNITED STAES DISTRICT JUDGE